```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| MARYLOU DANTONIO, PH.D. | CIVIL ACTION |
| VERSUS | NO. 11-1477 |
| SOUTHWESTERN EDUCATIONAL DEVELOPMENT CORP. d/b/a SOUTHWEST EDUCATIONAL DEVELOPMENT LABORATORY; JILL B. SLACK, PH.D.; & LOUISIANA CHILDREN'S RESEARCH CENTER FOR DEVELOPMENT & LEARNING, INC. | SECTION "B"(5) |

### ORDER

Considering the foregoing Motion to Review Magistrate Judge's Order (Rec. Doc. No. 45),

**IT IS ORDERED** that the Motion is **DENIED**. The Magistrate Judge's intervention order is neither clearly erroneous nor an abuse of discretion. Judicial economy and parties' interests in avoiding potentially inconsistent rulings or duplicative work on the underlying sued-upon claims and coverage issues are practical considerations that promote justice, without prejudice to the parties' rights. *Ross v. Marshall*, 426 F.3d 745 (5th Cir. 2005).

To further promote the latter objective, the intervenor shall expeditiously comply with all court ordered deadlines and shall not seek an extension of pending or previously set discovery work including depositions, without good cause and subject to payment of other parties reasonable fees and costs for delays caused by intervenor's actions.

New Orleans, Louisiana, this 13th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE